No. 81–1476. UNITED STATES v. RODGERS ET AL.; and UNITED STATES v. INGRAM ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 904.] Motion of respondents for divided argument granted.

No. 81–1756. LEHR v. ROBERTSON ET AL. Ct. App. N. Y. [Probable jurisdiction postponed, 456 U. S. 970.] Motion of New York for leave to file an out-of-time motion for divided argument denied.

No. 81–2150. JIM MCNEFF, INC. v. TODD ET AL. C. A. 9th Cir. [Certiorari granted, 458 U. S. 1120.] Motions of American Federation of Labor and Congress of Industrial Organizations et al. and Carpenters Trust Funds of Southern California et al. for leave to file briefs as amici curiae granted.

No. 81–2169. HARING, LIEUTENANT, ARLINGTON COUNTY POLICE DEPARTMENT, ET AL. v. PROSISE. C. A. 4th Cir. [Certiorari granted, ante, p. 904.] Motion of respondent for leave to proceed further herein in forma pauperis granted.

No. 81–2245. NEVADA v. UNITED STATES ET AL.;
No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT v. UNITED STATES ET AL.; and
No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 904.] Motion of petitioners for divided argument granted.

No. 82–791. TEACHERS INSURANCE & ANNUITY ASSN. ET AL. v. SPIRT ET AL. C. A. 2d Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 82–5612. IN RE SEITU; and
No. 82–5616. IN RE JOHNSON. Petitions for writs of habeas corpus denied.